UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EFENITY MCDONALD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2377** |
| **CLB INVESTMENTS, LLC, ET AL.** | **SECTION: D (5)** |

## ORDER AND REASONS

The Court, having considered Plaintiff Efenity McDonald's Motion for Reimbursement of Service Expenses and Fees Against Defendants CLB Investments, L.L.C. and The Bardell Company, Inc.,[1] the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of the Plaintiff to file any objection to the Report and Recommendation,[3] hereby approves the Report and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS HEREBY ORDERED** that that the Motion for Reimbursement of Service Expenses and Fees Against Defendants CLB Investments, L.L.C. and The Bardell Company, Inc. is **DENIED**.

New Orleans Louisiana, February 9, 2023.

*Wendy B Vitter*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 15.
[2] R. Doc. 35.
[3] Objections were due February 7, 2023. None have been filed as of the date of this Order.