MINUTE ENTRY
VITTER, J.
DECEMBER 15, 2022
JS10, 0:19

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EFENITY MCDONALD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2377** |
| **CLB INVESTMENTS, LLC, ET AL.** | **SECTION: D (3)** |

### TELEPHONE STATUS CONFERENCE REPORT

On December 15, 2022, the Court held a Telephone Status Conference with counsel for the parties.

**PRESENT:**

**Casey Rose Denson & Mercedes Townsend**
Counsel for Plaintiff Efenity McDonald

**George Davidson Fagan**
Counsel for Defendant CLB Investments, LLC

**Nicole Ann Eichberger**
Counsel for Defendants McDonalds Corporation, McDonald's USA, LLC & Bardell Company, Inc

During the conference, the Court discussed the status of the case with counsel. The undersigned disclosed that she briefly worked at an unrelated McDonald's as a young adult and that she could remain fair and impartial in this matter. The Scheduling Order (R. Doc. 29) remains in effect.

New Orleans Louisiana, April 11, 2023.

**WENDY B. VITTER**
**United States District Judge**