MINUTE ENTRY
VITTER, J.
MAY 1, 2023
JS10, 0:41

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EFENITY MCDONALD**                                               **CIVIL ACTION**

**VERSUS**                                                                    **NO. 22-2377**

**CLB INVESTMENTS, LLC, ET AL.**                         **SECTION: D (5)**

## TELEPHONE STATUS CONFERENCE REPORT & ORDER

On May 1, 2023, the Court held a Telephone Status Conference with counsel for the parties.

**PRESENT:**

**Efenity McDonald**
Plaintiff

**George Davidson Fagan**
Counsel for Defendant CLB Investments, LLC & Bardell Company, Inc.

**Nicole Ann Eichberger & Alyssa Cook**
Counsel for Defendants McDonalds Corporation & McDonald's USA, LLC

During the conference, the Court discussed the status of the case with the parties. Plaintiff informed the Court that she intends to proceed *pro se* in this matter. The Court discussed with Plaintiff the benefit of having an attorney represent her and encouraged her to seek legal representation. The Court advised Plaintiff that she would be responsible for complying with Court Orders and court deadlines. The Court confirmed Plaintiff's address for U.S. Postal mail as well as her email address.

The Court also advised Plaintiff that she may file any pleadings either in person with the Clerk's Office Pro Se Unit or using public computers available at the court.

**IT IS HEREBY ORDERED** that the Scheduling Order (R. Doc. 29) be **AMENDED** as follows:

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **June 9, 2023**. All other deadlines in the Scheduling Order (R. Doc. 29) remain in effect.

**IT IS FURTHER ORDERED** that the Plaintiff shall respond to any discovery request in writing within **thirty (30) days** after the discovery requests have been sent to her.

**IT IS FURTHER ORDERED** that the Clerk's Office send to Plaintiff via email and U.S. Postal Mail a copy of the Scheduling Order (R. Doc. 29), a copy of this Order, and a link to the Eastern District of Louisiana Local Rules.

New Orleans Louisiana, May 1, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**