UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EFENITY MCDONALD**                                   **CIVIL ACTION**

**VERSUS**                                             **NO. 22-2377**

**CLB INVESTMENTS, LLC, ET AL.**                       **SECTION: D (5)**

## NOTICE

Noting that Defendants McDonald's Corporation and McDonald's USA, LLC are represented by attorneys from Proskauer Rose, LLP (New Orleans and Chicago), the Court advises the parties that a close relative of the undersigned who is related within the third degree will begin work as an associate at the law firm of Proskauer Rose, LLP (New York) in fall 2023. The Court is firm in its commitment to be fair and impartial in this matter and sees no appearance of impropriety. Further, the Court has been advised that disqualification is not required when a covered relative is employed as an associate or nonequity partner with a law firm appearing before the Court. The Court further advises that the relative has not participated whatsoever in this matter and will not participate in any manner in this matter. The Court sees no basis for disqualification from handling this matter.

New Orleans, Louisiana, May 22, 2023.

_____
**WENDY B. VITTER**
**United States District Judge**